IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-CV-868-BO

| | |
|---|---|
| BENNIE EVANS,<br><br>    Plaintiff,<br><br>v.<br><br>KENNETH RICH, M.D.; CAPITAL NEUROSURGERY, INC.; and ANULEX TECHNOLOGIES, INC.<br><br>    Defendants. | **ORDER ON DEFENDANTS' MOTION TO STAY DISCOVERY AND REQUEST FOR EXPEDITED CONSIDERATION OF THE SAME** |

Defendants' motion to stay discovery plan order is before the court for ruling. For good cause shown, the motion is ALLOWED [D.E. 33].

SO ORDERED, this __1__ day of July, 2014.

*Terrence W. Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

1